# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE A. VERRECCHIA, et al.<br><br>Plaintiffs,<br>v.<br><br>DARRELL AVISS, et al., a California resident; INTERSWISS HOLDINGS GROUP, LLC, believed to be a Delaware corporation with offices in California; SWISS MANAGEMENT GROUP, LTD., believed to be a New York Corporation with office in California; and SWISSGUARD INTERNATIONAL GMBH, a Swiss Company,<br><br>Defendants. | Case No.: ED CV 17-317-DMG (SPx)<br><br>**CONSENT JUDGMENT [141]** |

Pursuant to the Stipulated Motion for Entry of Consent Judgment and a signed Consent Judgment Agreement between the parties, and by agreement of the parties as manifest by the signatures below of their counsel, and by the notarized signatures of the Defendants, and as for good cause appearing,

THE COURT HEREBY ORDERS, ADJUDGES, AND DECREES THAT: Final Judgment is hereby entered in Plaintiffs' favor and against Defendants Darrell Aviss ("Aviss"), InterSwiss Holdings Group, LLC, Swiss Management Group, Ltd., and SwissGuard International GMBH, jointly and severally, on all of

Plaintiffs' claims in the Third Amended Complaint ("TAC"), for Fraud, Fraudulent Inducement, Fraudulent Concealment, Negligent Misrepresentation, Conversion, Breach of Fiduciary Duty, and Constructive Trust.  Plaintiffs are hereby awarded damages against Defendants, jointly and severally, in the principal amount of $10,000,000, plus prejudgment interest at the rate of 7% from the date of each transaction identified at TAC ¶ 16, which is $1,906,389.09 through March 2, 2018, plus the per diem rate of $1,917.80 thereafter until this Consent Judgment is entered by the Court, and thereafter at the federal post-judgment interest rate, and less $126,012.00 that was paid by Defendants to Plaintiffs as acknowledged at TAC ¶ 33.

    IT IS FURTHER ORDERED that a constructive trust is hereby established over all the awarded damages and interest that are in Defendants' possession or control.

    IT IS FURTHER ORDERED that Defendants and their affiliated agents, entities, and assigns, are compelled to pay all the awarded damages and interest to Plaintiffs.

    IT IS FURTHER ORDERED that jurisdiction is retained by this Court for the purpose of enabling any of the parties to this Consent Judgment to apply to this Court at any time for further orders and directions as may be necessary or appropriate to carry out or construe this Consent Judgment, to modify or terminate any of its provisions, to enforce compliance, and to punish violations of its provisions.

DATED:  April 1, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE